UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| STANLEY BECKLER and JANET BECKLER, <br>     Plaintiffs, <br> -vs- <br> MERIDIAN CITIZENS MUTUAL INSURANCE COMPANY, <br>     Defendant. | Civ. 11-1021 <br><br> STIPULATION FOR DISMISSAL |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COME NOW the parties involved in the above-entitled action and, pursuant to F.R.C.P. 41(a)(1)(ii), enter into this Stipulation allowing for the voluntary dismissal of the above-entitled matter. It is the intent of the parties that this matter shall be dismissed, with prejudice, and without further recourse by any party. Furthermore, it is the intent of the parties that all parties shall bear their own costs and attorney's fees associated with the prosecution and defense of this action.

Dated: 9-17-12

THOMAS P. TONNER

_____
Attorney for Plaintiff
Post Office Box 1456
Aberdeen, SD 57402-1456
Telephone No. 605-225-1000
E-Mail: ttonner@nvc.net

RICHARDSON, WYLY, WISE, SAUCK
 & HIEB, LLP

Dated: 9-18-12

By_____
Attorneys for Defendant
Post Office Box 1030
Aberdeen, SD 57402-1030
Telephone No. (605)225-6310
E-Mail: rwise@rwwsh.com