UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

FILED
SEP 2 0 2012

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| STANLEY BECKLER and JANET BECKLER, | Civ. 11-1021 |
| Plaintiffs, | |
| -vs- | ORDER DISMISSING CASE |
| MERIDIAN CITIZENS MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Pursuant to the Stipulation for Dismissal filed by the parties, it is

ORDERED that this case is dismissed, with prejudice, and without further recourse by any party. Each party will bear their own costs and attorney's fees associated with the prosecution and defense of this action.

Dated this 19th day of September, 2012.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
          DEPUTY
(SEAL)